UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER EDDINGS, et al.,** | : | CASE NO. 1:02cv-00177 |
| | : | (J. Beckwith, Magistrate Judge Sherman) |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **VILLAGE OF WOODLAWN POLICE,** | : | |
| et al., | : | |
| | : | |
| **Defendants** | : | |

## DESIGNATION OF EXPERT

Come now defendants, Village of Woodlawn Police and Detective James Ohl, and hereby designate the following witnesses who will or may be called to render expert testimony in the within action:

1) *All expert witnesses listed by any other party;*

2) *Det. James Ohl - It is anticipated Det. James Ohl will give factual testimony as set forth in the Fact Witness List and Testimony Summary filed by these defendants. It is anticipated that Det. Ohl may also give expert testimony involving police policies and procedures and the existence of probable cause;*

3) *Former Police Chief Walter Obermeyer - It is anticipated that Walter Obermeyer may give factual testimony as well as expert testimony relating to police policies and procedures and the existence of probable cause.*

                                                 s/Lawrence E. Barbiere
                                          Lawrence E. Barbiere
                                          Ohio Bar No: 0027106
                                          Attorney for Defendants, Village of Woodlawn
                                          Police and Detective James Ohl
                                          **SCHROEDER, MAUNDRELL, BARBIERE & POWERS**
                                          11935 Mason Road, Suite 110
                                          Cincinnati, OH 45249
                                          (513) 583-4200
                                          (513( 583-4203 (fax)
                                          Email: lbarbiere@schroederlaw.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the **3rd day of November, 2003**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kenneth L. Lawson, Esq., Cynthia L. Gibson, Esq., Thomas F. Glassman, Esq., Timothy Schenkel, Esq. and Trina M. Walton, Esq.**

                                     **s/ Lawrence E. Barbiere**
                                      Lawrence E. Barbiere