UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER EDDINGS, et al. : CASE NO.: C-1-02-0177

    Plaintiffs :

                       Judge Sandra S. Beckwith

v. :

                       **DISCLOSURE OF EXPERT WITNESSES**
                  : **BY DEFENDANT, DENNIS BRUNSMAN,**
VILLAGE OF WOODLAWN POLICE,   **ON BEHALF OF HIS MINOR CHILD,**
et al.                         : **KATHERINE BRUNSMAN**
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    Comes now the Defendant, Dennis Brunsman, on behalf of his minor child, Katherine Brunsman, by and through counsel, pursuant to this Court's Amended Calendar Order of June 12, 2003, and identifies the following expert witnesses to testify on his behalf at the trial of the above-styled action:

    1.    All expert witnesses listed by any other party.

    This Defendant reserves the right to call any witness listed by any other party in their Disclosure of Expert Witnesses. This Defendant reserves the right to supplement this Disclosure and call additional expert witnesses whose identity are not known at this time. This Defendant certifies that he will notify all other parties regarding the identity of any additional witness when such information becomes known.

                                                Respectfully submitted,

                                                s/Timothy B. Schenkel
                                                Timothy B. Schenkel (0061110)
                                                FREUND, FREEZE & ARNOLD
                                                Fourth & Walnut Centre
                                                105 East Fourth Street
                                                Suite 1400
                                                Cincinnati, OH  45202-4006
                                                (513) 665-3500
                                                tschenke@ffalaw.com
                                                Attorney for Dennis Brunsman,
                                                on behalf of his minor child,
                                                Katherine Brunsman

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing Disclosure of Expert Witnesses was served via electronic filing this 3rd day of November, 2003, upon the following parties:

Kenneth L. Lawson
KENNETH L. LAWSON & ASSOCIATES
1575 Kroger Building
1014 Vine Street
Cincinnati, Ohio  45202

Lawrence E. Barbiere
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, Ohio  45249-3703

Cynthia L. Gibson
KATZ, TELLERM BRANT & HILD
255 East Fifth Street
Suite 2400
Cincinnati, OH 45202-4787

Thomas F. Glassman
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
1014 Vine Street, Suite 2350
Cincinnati, OH 45202-1119

Michael W. Hawkins
Trina M. Walton
Emerson C. Moser
DINSMORE & SHOHL
255 East Fifth Street
1900 Chemed Center
Cincinnati, OH  45202

<u>S/Timothy B. Schenkel</u>
Timothy B. Schenkel (0061110)