02-5440 January 6, 2004
Attorney for Defendant, MRAVG, LLC

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER EDDINGS, et al. | ) | Case No.  C-1-02-0177 |
| Plaintiffs, | ) | District Judge Sandra S. Beckwith |
| V. | ) | <u>AFFIDAVIT OF JOSHUA GIRDLER</u> |
| VILLAGE OF WOODLAWN POLICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Comes now the affiant, Joshua Girdler, having been duly cautioned and sworn, and hereby states as follows based upon his personal knowledge and belief:

1.      I was previously employed by MRAVG, LLC as a manager for the Skyline Chili Restaurant located on Springfield Pike in Woodlawn, Ohio.

2.      After criminal charges were filed against Raymond Hughes and Corey Mayberry, stemming from the alleged incident with Katie Brunsman, Peter Pardikakis instructed the managers and employees of the restaurant that they were not to discuss that incident while at work, or while on the restaurant's premises.  At no time were the managers or other employees ever told they were not permitted to discuss this alleged incident on their own time, or off of the premises.

3.      It has always been a rule of the restaurant that no one was allowed access to the

manager's office unless a manager was present.

      4.     Sometime after October 28, 2001, I was terminated from my position.  The reason I was terminated was because I allowed Mr. Lawson unsupervised access to the manager's office, and because I allowed employees to discuss this incident with him, on company time, on the restaurant's premises.

      5.     The only reason I was terminated was because I fail to follow the rules established by the company.

FURTHER, THE AFFIANT SAYETH NAUGHT.

_____
Joshua Girdler

STATE OF OHIO          )
                        ) SS:
COUNTY OF HAMILTON   )

      Sworn to before me and signed in my presence this _20_ day of January, 2004.

_____
Notary Public
My Commission Expires:

S E A L