02-5440 January 6, 2004<br>
Attorney of Defendant, MRAVG, LLC

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER EDDINGS, et al. | ) | Case No. C-1-02-0177 |
| Plaintiffs, | ) | District Judge Sandra S. Beckwith |
| V. | ) | <u>AFFIDAVIT OF PETER PARDIKAKIS</u> |
| VILLAGE OF WOODLAWN POLICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Comes now the affiant, Peter Pardikakis, having been duly cautioned and sworn, hereby states as follows based upon his personal knowledge and belief:

1. At all times relevant hereto I have been the general manager of MRAVG, LLC.

2. The Woodlawn police notified me of the alleged incident of October 28, 2001, and instructed me not to discuss this incident with anyone until they completed their investigation and determined whether or not to file charges..

3. Once I learned criminal charges would be filed against Raymond Hughes and Corey Mayberry, I gave my managers and employees several instructions. First, I instructed them that no one was permitted to discuss the events of October 28, 2001 while on the restaurant premises, or while they were on duty at the restaurant.

4. At know time did I ever instruct any manager or employee not to discuss this

incident with anyone, on their personal time and off of the premises.

5. One of the rules of the restaurant is no one has always been that allowed in the manager's office, unless a manager is present.

6. Joshua Girdler was terminated from his position as a manager because he allowed Mr. Lawson unsupervised access to the manager's office, and because he allowed employees of the restaurant to meet with Mr. Lawson, on the premises, on company time.

7. I had no objection to my employees speaking with Mr. Lawson, so long as their discussions with him did not occur while they were supposed to be working, and while they were on restaurant premises.

FURTHER, THE AFFIANT SAYETH NAUGHT.

_____
Peter Pardikakis

STATE OF OHIO        )
                     ) SS:
COUNTY OF HAMILTON   )

Sworn to before me and signed in my presence this 27 day of January, 2004.

_____
Notary Public
My Commission Expires:

S E A L



DONNA RICKS
Notary Public, State of Ohio
My Commission Expires May 5, 2007