UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER EDDINGS, et al.,** | : | CASE NO. 1:02-cv-0177 |
| | : | (J. Beckwith, Magistrate Judge Sherman) |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **VILLAGE OF WOODLAWN POLICE,** et al., | : | |
| | : | |
| | : | |
| **Defendants** | : | |

## NOTICE OF MANUAL FILING OF DEPOSITIONS OF PLAINTIFFS RAYMOND DISHAUN HUGHES AND COREY MAYBERRY

_____Notice is hereby given pursuant to the Federal Rules of Civil Procedure of the manual filing of the transcript depositions of Raymond Dishaun Hughes taken on September 23, 2003 and Corey Mayberry taken on September 22, 2003. These depositions are filed as part of the record herein and in support of Defendant Village of Woodlawn Police and Detective James Ohl's Motion for Summary Judgment.

  s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Attorney for Defendants
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513)583-4210
Fax:  (513)583-4203
lbarbiere@schroederlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth L. Lawson, Esq.
Kenneth L. Lawson & Associates
808 Elm Street, Suite 100
Cincinnati, OH  45202
*Attorney for Plaintiffs*

Cynthia L. Gibson, Esq.
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, OH  45202-4724

Thomas F. Glassman, Esq.
Smith, Rolfes & Skavdahl
1014 Vine Street, Suite 2350
Cincinnati, OH  45202-1119
*Attorneys for Defendant, MRAVG, LLC*

Timothy B. Schenkel, Esq.
Freund, Freeze & Arnold
Fourth & Walnut Centre
105 East Fourth, Suite 1400
Cincinnati, OH  45202-4006
*Attorney for Defendants Brunsman*
*on behalf of minor child Katherine Brunsman*

                                                            s/Lawrence E. Barbiere
                                                           Lawrence E. Barbiere