UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER EDDINGS, et al.,** | : | CASE NO. 1:02-cv-0177 |
| | : | (J. Beckwith, Magistrate Judge Sherman) |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **VILLAGE OF WOODLAWN POLICE,** et al., | : | |
| | : | |
| | : | |
| **Defendants** | : | |

### NOTICE OF MANUAL FILING OF ATTACHMENTS TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS VILLAGE OF WOODLAWN POLICE AND DETECTIVE JAMES OHL

_____Notice is hereby given pursuant to the Federal Rules of Civil Procedure of the manual filing of the following attachments to the Motion for Summary Judgment of Defendants Village of Woodlawn Police and Detective James Ohl: Affidavit of James Ohl; Excerpts of Deposition of Raymond Dishaun Hughes; Excerpts of Deposition of Cory Mayberry; Unreported cases. The manual service of the above referenced attachments is necessitated as a result of a system failure of the Court which made electronic filing and service of the attachments impossible.

  s/Lawrence E. Barbiere
Lawrence E. Barbiere (0027106)
Attorney for Defendants
SCHROEDER, MAUNDRELL, BARBIERE & POWERS
11935 Mason Road, Suite 110
Cincinnati, OH  45249
(513)583-4210
Fax:  (513)583-4203
lbarbiere@schroederlaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 30, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that a copy of the foregoing has been served by regular United States mail:

Kenneth L. Lawson, Esq.
Kenneth L. Lawson & Associates
808 Elm Street, Suite 100
Cincinnati, OH  45202
*Attorney for Plaintiffs*

Cynthia L. Gibson, Esq.
Katz, Teller, Brant & Hild
255 East Fifth Street, Suite 2400
Cincinnati, OH  45202-4724

Thomas F. Glassman, Esq.
Smith, Rolfes & Skavdahl
1014 Vine Street, Suite 2350
Cincinnati, OH  45202-1119
*Attorneys for Defendant, MRAVG, LLC*

Timothy B. Schenkel, Esq.
Freund, Freeze & Arnold
Fourth & Walnut Centre
105 East Fourth, Suite 1400
Cincinnati, OH  45202-4006
*Attorney for Defendants Brunsman*
*on behalf of minor child Katherine Brunsman*

                                                  s/Lawrence E. Barbiere
                                                  Lawrence E. Barbiere