UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JENNIFER EDDINGS, et al.           CASE NO.: C-1-02-0177

    Plaintiffs                     Judge Sandra S. Beckwith

v.                                 **AFFIDAVIT OF KATHERINE BRUNSMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

VILLAGE OF WOODLAWN POLICE,
et al.
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Comes now the Affiant, Katherine Brunsman, and being duly cautioned and sworn states as follows:

1. That the Affiant is currently eighteen (18) years of age and is the real party in interest in the above-styled action.

2. That a sexual encounter between and/or involving the Affiant and the Plaintiffs, Raymond Hughes and Corey Mayberry, occurred on September 23 and October 28, 2001.

3. That the sexual encounters occurring on September 23 and October 28, 2001 took place at a Skyline Chili restaurant where the Affiant, Mr. Hughes and Mr. Mayberry were employed.

4. That the Affiant did not personally report either sexual encounter occurring on September 23 or October 28, 2001 to the Woodlawn Police Department or any other police agency.

5. That the Affiant was told by a classmate, Beth Manhart, that it was Ms. Manhart who contacted the authorities after hearing about the incidents of September 23 and October 28, 2001 involving the Affiant.

FREUND, FREEZE & ARNOLD
A Legal Professional Association

6. That the Affiant's involvement following the sexual encounters on September 23 and October 28, 2001 was limited to answering questions and providing information to the police and testifying at trial as requested.

FURTHER, THE AFFIANT SAYETH NAUGHT.

*Katherine Brunsman*
Katherine Brunsman

STATE OF Ohio )
                       ) SS:
COUNTY OF Athens )

Sworn to before me and subscribed in my presence this 30th day of January, 2004.

*Sandra L. Smith*
Notary Public
Commission expires: 11/12/08

Sandra L. Smith
Notary Public, State of Ohio
My Commission Expires 11/12/2008
Commission Recorded in Athens County

2