IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER EDDINGS** | : | Case No. C-1-02-0177 |
| | : | (Judge Beckwith) |
| **Plaintiffs,** | : | (Magistrate Sherman) |
| | : | |
| vs. | : | MOTION TO EXTEND |
| | : | TIME FOR PLAINTIFFS |
| **VILLAGE OF WOODLAWN** | : | TO RESPOND TO DEFENDANTS |
| **POLICE, et al** | : | <u>SUMMARY JUDGMENT MOTIONS</u> |
| | : | |
| **Defendants.** | : | |

    Now comes Plaintiff, by and through Counsel, and hereby moves this Court for an order extending time in which Plaintiff has to respond to all Defendants' Summary Judgment Motions. Counsel has been consumed with several criminal federal cases, which involve numerous hours of preparation beyond that typically required in a federal criminal case. Specifically, Counsel has been preparing for <u>USA v. LaShawn Pettus-Brown</u>, which involves reviewing approximately 5,000 discovery documents for an April 5, 2004 trial date, and <u>State of Ohio v. Stephen Hill</u>, involving a speedy-trial date. Additionally, Counsel missed several days from work due to illness causing a backlog of both his criminal and civil caseload. Counsel has not been able to complete the referenced response. For the above-stated reasons, Counsel is requesting a brief 2-week extension of time until Friday, April 9, 2004.

                                      /s/ Kenneth L. Lawson
                                      **Kenneth L. Lawson (0042468)**
                                      **Kenneth L. Lawson & Associates**
                                      **808 Elm Street, Suite 100**
                                      **Cincinnati, Ohio 45202**
                                      **Telephone: (513) 345-5000**
                                      **Facsimile: (513) 345-5005**

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing document was electronically filed with the Clerk of Courts using the CM/ECF system on this 25th day of March, 2004 which will notify via electronic email notification the following:

| | |
|---|---|
| Lawrence E. Barbiere, Esq. | Timothy B. Schenkel, Esq. |
| 11935 Mason Road, Suite 110 | Fourth & Walnut |
| Cincinnati, OH 45249 | 105 E. Fourth Street, Suite 1400 |
| | Cincinnati, OH 45202 |
| Thomas F. Glassman, Esq. | |
| 1014 Vine Street, Suite 2350 | |
| Cincinnati, OH 45202-1119 | |

                                              /s/Kenneth L. Lawson
                                              Kenneth L. Lawson