# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **JENNIFER EDDINGS, et al** | : | Case No. C-1-02-0177 |
| | : | (Judge Beckwith) |
| **Plaintiffs,** | : | (Magistrate Sherman) |
| | : | |
| vs. | : | |
| | : | |
| **VILLAGE OF WOODLAWN** | : | **NOTICE OF MANUAL FILING OF** |
| **POLICE, et al** | : | **AFFIDAVITS OF JENNIFER EDDINGS,** |
| | : | **RAYMOND HUGHES, AND COREY** |
| **Defendants.** | : | **MAYBERRY** |

Notice is hereby given pursuant to the Federal Rules of Civil Procedure of the Manual Filing of the Affidavits of Jennifer Eddings, Raymond DeShawn Hughes and Corey Mayberry. These Affidavits are filed as part of the record herein and in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment.

Respectfully submitted,

**/s/Kenneth L. Lawson (0042468)**
**Kenneth L. Lawson & Associates**
**The Dominion Building**
**808 Elm Street**
**Cincinnati, Ohio 45202**
**(513) 345-5000**
**(513) 345-5005 Fax**
**kenneth@kennethlawson.com**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document was electronically filed with the Clerk of Courts using the CM/ECF system on this 13th day of April, which will notify Lawrence E. Barbiere, Esq. and Timothly B. Schenkel, Esq. and Thomas Glassman, Esq., via electronic email notification.

                                                      /s/ Kenneth L. Lawson