**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **JENNIFER EDDINGS, et al** | : | Case No. C-1-02-0177 |
| | : | (Judge Beckwith) |
| **Plaintiffs,** | : | (Magistrate Sherman) |
| | : | |
| vs. | : | |
| | : | |
| **VILLAGE OF WOODLAWN** | : | **NOTICE OF MANUAL FILING OF TRIAL** |
| **POLICE, et al** | : | **TRANSCRIPT OF PLAINTIFFS** |
| | : | **RAYMOND HUGHES AND COREY** |
| **Defendants.** | : | **MAYBERRY FROM THE JUVENILE** |
| | : | **PROCEEDINGS** |

Notice is hereby given pursuant to the Federal Rules of Civil Procedure of the Manual Filing of the Transcript of the Trial Proceedings in Juvenile Court of Raymond DeShawn Hughes and Corey Mayberrry taken on November 19, 2001, December 6, December 12, and December 14, 2001. These transcripts are filed as part of the record herein and in support of Plaintiff's Memorandum in opposition to Defendants' Motion for Summary Judgment.

Respectfully submitted,

**/s/Kenneth L. Lawson (0042468)**
**Kenneth L. Lawson & Associates**
**The Dominion Building**
**808 Elm Street**
**Cincinnati, Ohio 45202**
**(513) 345-5000**
**(513) 345-5005 Fax**
**kenneth@kennethlawson.com**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing document was electronically filed with the Clerk of Courts using the CM/ECF system on this 13th day of April, which will notify Lawrence E. Barbiere, Esq. and Timothly B. Schenkel, Esq. and Thomas Glassman, Esq., via electronic email notification.


                                                 /s/ Kenneth L. Lawson