IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 APR 13 PM 4:51

| | | |
|---|---|---|
| **JENNIFER EDDINGS et al** | : | Case No. C-1-02-0177 |
| **Plaintiffs,** | : | (Judge Beckwith) |
| vs. | : | (Magistrate Sherman) |
| | : | |
| **VILLAGE OF WOODLAWN POLICE, et al** | : | |
| **Defendants.** | : | **AFFIDAVIT OF JENNIFER EDDINGS** |

State of Ohio        :
                     : ss:
County of Hamilton   :

Now comes the Affiant, Jennifer Eddings under oath and based on her own personal knowledge and states as follows:

1. I had a conversation with an employee of Skyline who told me that they were instructed by the owner and management not to talk to myself or to my son's attorney about the case.

2. Before the Preliminary Hearing was over I called Beverly Sizemore, the Manager of Skyline to get Raymond's work schedule to prove that he may not have worked the day that Katie claimed the Gross Sexual Imposition happened.

3. Mrs. Sizemore told me that she was instructed by the owner who she said was named "Pete" that she and all the other Skyline employee were not allowed to give me or my son's attorney any information about this case and not to discuss this case with me or my son's attorney.

4. During the Trial of my son's case Amanda Hollingsworth, who was still employed at Skyline at the time, told me that Officer Ohl tried to get her and all the other female employees mad at Raymond to support Katie's lies. Amanda said he did this by

1

falsely telling them that I said they were whores and sluts and that my son Raymond could get anyone of them in bed and sleep with anyone of them if he wanted to.

5. During the Trial of my son's case Amanda Hollingsworth told me that the Brunsman's and their victim advocates were trying to get Amanda to change her testimony so that it would support the allegations of Katie Brunsman.

6. Many Skyline employees would not discuss this case with me or the attorney I hired for my son.

7. At some of the pre-trial hearings, it came to my attention that the Brunsman's had retained a private attorney to sue my son and Skyline Chili.

8. At my son's sentencing two attorneys on behalf of the Brunsman's stated that they were present for a civil suit and requested a copy of the transcript and the Court granted their request.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jennifer Eddings

Sworn and signed in my presence this 9th day of April, 2004.

_____
Notary Public ROSALIND D. PORTER
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 05-03-06

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER EDDINGS, et. al | : | Case No. C-1-02-0177 |
| Plaintiffs, | : | (Judge Beckwith) |
| vs. | : | (Magistrate Sherman) |
| | : | |
| VILLAGE OF WOODLAWN POLICE, et al | : | |
| Defendants. | : | AFFIDAVIT OF RAYMOND HUGHES |

State of Ohio       :
                    : ss:
County of Hamilton  :

Now comes the Affiant, Raymond Hughes under oath and based on his own personal knowledge and states as follows:

1. I am a Plaintiff in the above-referenced case.

2. When I was wrongfully Adjudicated Delinquent for the offense of Gross Sexual Imposition I was incarcerated at the Hillcrest School for Juveniles

3. While in their, I was told that I would not only have to admit that I committed the Gross Sexual Imposition but I would also have to admit that I committed the rape that I was acquitted for before I could be released.

4. I was told on numerous occasions and my attorney even filed a Motion before the Juvenile Court Judge, that before I could be released, I had to receive Sexual Offender Counseling. In order to receive the Sexual Offender Counseling I was told that I had to admit to both of the offenses that I never committed.

5. I refused to admit guilt for something that I did not do. Therefore, I spent over a year incarcerated for a crime that I never committed.

1

FURTHER AFFIANT SAYETH NAUGHT.

_____
Raymond Hughes

Sworn and signed in my presence this 9th day of April, 2004.

_____
Notary Public ROSALIND D. PORTER
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 09-03-06

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **JENNIFER EDDINGS, et al** | Case No. C-1-02-0177 |
| Plaintiffs, : | (Judge Beckwith) |
| vs. : | (Magistrate Sherman) |
| : | |
| **VILLAGE OF WOODLAWN** : | |
| **POLICE, et al** : | |
| Defendants. : | **AFFIDAVIT OF COREY MAYBERRY** |

State of Ohio       :
                    : ss:
County of Hamilton  :

Now comes the Affiant, Corey Mayberry under oath and based on his own personal knowledge and states as follows:

1. Mr. Lawson went to Skyline several weeks prior to our Trial to discuss this case with employees and with Joshua Girdler.

2. I had to sit in 20/20 for several weeks awaiting Trial on these false allegations. I was released after I was finally acquitted.

3. Joshua Girdler was not terminated from Skyline after discussing the case with Mr. Lawson.

4. My Trial took place several weeks after Mr. Lawson interviewed Mr. Girdler and others at Skyline.

5. Joshua Girdler testified at my Trial.

6. Joshua Girdler told me that when Skyline found out that he had appeared to testify in support of Raymond Hughes and myself he was fired.

7. I was also told by several employees and managers of Skyline that Detective Ohl and the owner of Skyline are the ones who came up with the policy that no employee

1

should discuss the case with our parents or with our attorney or they would be in trouble.

8. I testified at a Deposition in this case.

9. I told the attorney who questioned me that for what testimony I could remember Officer Ohl did tell the truth to that testimony that I can remember.

10. I have reviewed a copy of the Trial Transcript and his entire testimony.

11. It refreshed my recollection as to what he actually testified to.

12. I can now say, under oath that everything Officer Ohl testified to is not true although some of the things he did testify to were true.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Corey Mayberry

Sworn and signed in my presence this 9th day of April, 2004.

_____
Notary Public

LORRAINE MAXINE STEVENSON
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 02-18-08