02-5440 August 25, 2004
Defendant, MRAVG, LLC

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER EDDINGS, et al. | ) | Case No.  C-1-02-0177 |
| Plaintiffs, | ) | District Judge Sandra S. Beckwith |
| | | Magistrate Judge Jack Sherman, Jr. |
| V. | ) | |
| VILLAGE OF WOODLAWN | ) | DEFENDANT, MRAVG, LLC |
| POLICE, et al. | | NOTICE OF WITHDRAWAL OF |
| | ) | CO-COUNSEL |
| Defendants. | | |

Please take notice that the undersigned, Cynthia L. Gibson, Esq., Katz, Teller, Brant & Hild, hereby

withdraws as co-counsel for Defendant MRAVG, LLC.  MRAVG, LLC will continue to be represented by

Thomas F. Glassman of Smith, Rolfes & Skavdahl.

Respectfully submitted,

s/Thomas F. Glassman
Thomas F. Glassman, Esq.      (0061466)
SMITH, ROLFES & SKAVDAHL CO., L.P.A.
1014 Vine Street, Suite 2350
Cincinnati, Ohio  45202-1119
(513)  579-0080
(513)  579-0222 - Fax

e-mail: Tglassman@smithrolfes.com

s/Cynthia L. Gibson
Cynthia L. Gibson, Esq.          (0041866)
KATZ, TELLER, BRANT & HILD
255 East Fifth Street, Suite 2400
Cincinnati, Ohio 45202-4724
(513) 977-3418
(513) 721-7120 or 721-1420 - fax

ATTORNEYS FOR DEFENDANT,
MRAVG, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant MRAVG's Notice of Withdrawal of Counsel was filed electronically this 25th day of August, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Cynthia L. Gibson
Cynthia L. Gibson

KTBH:614140.1

3