**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

**Jennifer Eddings, et al.,**
  Plaintiffs

-vs-           Case No. 1:02-cv-177

**Village of Woodlawn Police,
et al.,**
  Defendants

# JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

  IT IS ORDERED AND ADJUDGED that each defendants' motion for summary judgment is GRANTED. Plaintiffs' claims are DISMISSED WITH PREJUDICE.


Date: September 13, 2004        James Bonini, Clerk


                 By: s/Mary C. Brown
                    Mary C. Brown, Deputy Clerk