# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| JENNIFER EDDINGS, et al., | : | Case No. 1:02CV00177 |
| | : | |
| Plaintiffs, | : | Judge Beckwith |
| v. | : | |
| | : | |
| VILLAGE OF WOODLAWN | : | **MOTION TO VOLUNTARILY DISMISS** |
| POLICE, et al., | : | **WITHOUT PREJUDICE DENNIS** |
| | : | **BRUNSMAN'S COUNTERCLAIM** |
| Defendants. | : | **AGAINST PLAINTIFFS** |

Pursuant to Civil Rule 41(a)(2), Counterclaimant Dennis Brunsman, by his undersigned counsel, hereby asks the Court to dismiss, without prejudice, his Counterclaim (Doc. #27) filed against Plaintiffs Jennifer Eddings and Mary Mayberry. In light of the Court's previous Order dismissing all of Plaintiffs' claims (Doc. #58), which Plaintiffs have not appealed, Brunsman's Counterclaim is the only claim remaining in this action. Thus, Counterclaimant respectfully requests that the Court dismiss his Counterclaim without prejudice.

Respectfully submitted,

 /s/ Emerson C. Moser
Michael W. Hawkins (0012707)
Emerson C. Moser (0075301)
Dinsmore & Shohl, LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH  45202
(Ph)  (513) 977-8200
(Fax) (513) 977-8141
email:  michael.hawkins@dinslaw.com
        emerson.moser@dinslaw.com

Attorneys for Counterclaimant
Dennis Brunsman

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2004, I electronically filed the foregoing Motion to Voluntarily Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties of record:

**Kenneth Lawson, Esq.**
Counsel for Plaintiffs and Counterclaim Defendants:
Jennifer Eddings; Raymond Hughes; Mary Mayberry; and Corey Mayberry
1575 Kroger Building
1014 Vine Street
Cincinnati, Ohio 45202

**Thomas Glassman, Esq.**
Counsel for Defendant, MRAVG, LLC, d/b/a Skyline Chili Inc.
Smith, Rolfes & Skavdahl Company, LPA
1014 Vine Street, Suite 2350
Cincinnati, Ohio 45202-1119

**Cynthia L Gibson, Esq.**
Counsel for Defendant, MRAVG, LLC, d/b/a Skyline Chili Inc.
Katz Teller Brant & Hild
255 East Fifth Street
Suite 2400
Cincinnati, Ohio 45202-4787

**Timothy Schenkel, Esq.**
Counsel for Defendants, Dennis and Katherine Brunsman
Freund, Freeze & Arnold
105 East Fourth Street, Suite 1400
Cincinnati, Ohio 45202-4006

**Lawrence E. Barbiere, Esq.**
Counsel for Defendants, Village of Woodlawn and Detective James Ohl
11935 Mason Road, Suite 110
Cincinnati, Ohio 45249-3703

/s/ Emerson C, Moser
Emerson C. Moser, Esq.